# United States District Court
for the
Eastern District of Missouri

United States of America
v.
Sam Lewis

Case No: 4:03CR67
USM No: 29063-044

Date of Previous Judgment: 12/11/03
(Use Date of Last Amended Judgment if Applicable)

Kevin Curran
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____
Criminal History Category: _____
Previous Guideline Range: _____ to _____ months

Amended Offense Level: _____
Criminal History Category: _____
Amended Guideline Range: _____ to _____ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

The defendant was sentenced as a career offender and therefore he is ineligible to receive the two-level reduction under the recent amendment to the Sentencing Guidelines, 18 U.S.C. Section 3582(c)(2).

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED**

Order Date: 9/2/08

_/s/ Jean C. Hamilton_
Judge's Signature

Effective Date: _____
(if different from order date)

Jean C. Hamilton, US District Judge
Printed Name and title